IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

T.G.; M.S.; B.C.; B.M.; and K.R;

    Plaintiffs,

v.                                                                                          No. 14-cv-0054 KG/SMV

GEO GROUP, INC.; CORIZON, INC.;
MARK ELLIOT WALDEN;
ERASMO BRAVO; TIMOTHY HATCH;
SHERRY PHILLIPS; and KATHERINE ARMIJO;

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte.  Plaintiffs filed their Complaint against Defendants on January 16, 2014.  [Doc. 1].  Pursuant to Fed. R. Civ. P. 4(m), Plaintiffs had 120 days from filing the Complaint, or until May 16, 2014, within which to effect service of process.  To date, there is no indication on the record that service of process has been effected with respect to any Defendant.

**IT IS THEREFORE ORDERED** that Plaintiffs show good cause why their claims against Defendants should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m).  Plaintiffs shall file their response within 21 days of entry of this Order.

**IT IS SO ORDERED.**

                                                                      _____
                                                                      **STEPHAN M. VIDMAR**
                                                                      **United States Magistrate Judge**