IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TG, MS, BC, BM, & KR,

    Plaintiffs,

v.   Case No. 1:14-cv-00054-KG/SMV

THE GEO GROUP, INC., CORIZON
INC., MARK ELLIOT WALDEN, M.D.,
WARDEN ERASMO BRAVO, WARDEN
TIMOTHY B. HATCH, SHERRY PHILLIPS
And KATHERINE ARMJO,

    Defendants.

**STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST CORIZON, INC., MARK ELLIOT WALDEN, M.D., SHERRY PHILLIPS AND KATHERINE ARMIJO**

    COMES NOW, all Parties who have entered an appearance in the above-entitled and numbered cause, by and through their attorneys of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to dismiss with prejudice, all of Plaintiffs' claims against Corizon, Inc., Mark Elliot Walden, M.D., Sherry Phillips and Katherine Armijo (hereinafter collectively known as "Dismissed Defendants").

    IT IS STIPULATED BY ALL APPEARING PARTIES, that pursuant to a Settlement Agreement negotiated between Plaintiffs and the Dismissed Defendants, Plaintiff further dismisses with prejudice all claims against these Dismissed Defendants, without limitation, including but not limited to all claims made or which could have been made against these Dismissed Defendants and all claims that could have been made against other parties or non-parties, based upon the alleged conduct of these Dismissed Defendants, including but not limited to any alleged conduct that could be the basis for claims for vicarious or other

derivative liability against any other party or non-party, all such claims being hereby dismissed with prejudice.

Nothing in this Stipulation in any way effects Plaintiffs' rights to proceed against the GEO Group, Inc., Warden Erasmo Bravo or Warden Timothy B. Hatch, except to the extent that it is any way based upon the conduct of the Dismissed Defendants.

***Submitted and Approved:***

| | |
|---|---|
| COYTE LAW P.C. | SIMONE ROBERTS & WEISS, P.A. |
| /s/ Matthew E. Coyte | /s/ Norman F. Weiss |
| Matthew E. Coyte<br>Jack B. Jacks<br>1000 Second Street NW<br>Albuquerque, NM 87102<br>(505) 244-3030<br>mcoyte@earthlink.net | Norman F. Weiss<br>11200 Lomas Blvd NE Ste 210<br>Albuquerque, NM 87112-5573<br>(505) 298-9400<br>nweiss@srw-law.com |
| ***Attorneys for Plaintiffs*** | ***Attorney for Corizon, Inc., Sherry Phillips, and Katherine Armijo*** |