IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TG, MS, BC, BM, & KR,

      Plaintiffs,

v.                                      Case No. 1:14-cv-00054-KG/SMV

THE GEO GROUP, INC., CORIZON
INC., MARK ELLIOT WALDEN, M.D.,
WARDEN ERASMO BRAVO, WARDEN
TIMOTHY B. HATCH, SHERRY PHILLIPS
And KATHERINE ARMJO,

      Defendants.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiffs by and through their attorneys, Matthew E. Coyte and Jack B. Jacks, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby voluntarily dismisses with prejudice, all of Plaintiffs' claims against the remaining Defendants, The GEO Group, Inc, Warden Erasmo Bravo, and Warden Timothy B. Hatch.

                                                  Respectfully submitted,

                                                  LAW OFFICE OF J.B. JACKS

                                                  /s/ Jack B. Jacks
                                                 Jack B. Jacks
                                                 201 Third Street NW, Suite 1920
                                                 Albuquerque, NM 87102
                                                 (505) 463-1021

                                                 Matthew E. Coyte
                                                 COYTE LAW P.C.
                                                 201 Third Street NW, Suite 1920
                                                 Albuquerque, NM 87102
                                                 (505) 244-3030
                                                 *Attorneys for Plaintiffs*

-AND-

YENSON, ALLEN & WOSICK

<u>Electronically approved 9/18/14</u>
Michael Jahner
Attorney for Defendants The GEO Group, Inc.,
Erasmo Bravo & Timothy B. Hatch
4908 Alameda Blvd. NE
Albuquerque, NM 87113-1736
(505) 266-3995